# UNREPORTED CASES.

THOMAS A. CASSILLY, JR., AND EUGENE G. WEST

*vs.*

## THE U. S. F. & GUARANTY CO.

*Mortgages: future advances; security for surety on bond who paid default of principal.*

Where the principal in a bond was in default and confessed his embarrassment to a surety and agreed to give them a mortgage as counter security for the sum they would be obliged to pay, and in order that this could be done he had to pay off certain liens upon his property for which the Surety Company made advances, such loans and the mortgage given to secure them are not to be considered as future advances within the inhibition of Section 2 of Article 66 of the Code.

*Decided June 19, 1918.*

Appeal from the Circuit Court No. 2 of Baltimore City. (STUMP, J.)

The cause was argued before BOYD, C. J., BRISCOE, THOMAS. URNER, STOCKBRIDGE and CONSTABLE, JJ.

*W. Irvine Cross* and *John L. G. Lee,* for the appellants.

*Guion Miller* (with whom were *Bartlett, Poe & Claggett,* on the brief), for the appellees.

On appeal, the decision of the Court below was affirmed, with costs, in an opinion by CONSTABLE, J.